**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ FEB 27 2006 ★

BROOKLYN OFFICE

MEMORANDUM TO
THE HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE

RE: Pobukovsky, Irene
DOCKET No. 02-CR-1386-01
NOTIFICATION OF RESTITUTION
ARREARS

Reference is made to the above-captioned offender who was originally sentenced by Your Honor on February 20, 2004, to three (3) years Probation with the following special conditions; 1) three (3) months home detention under the supervision and direction of the Probation Department 2) $2,225 in Restitution payable at a rate of 15% of the defendant's net monthly income, 3) Full financial disclosure to the Probation Department, and 4) Participation in a substance abuse treatment program as directed by the Probation Department. A $100 Special Assessment (which was satisfied on September 12, 2005) was also imposed. This sentence followed the offender's guilty plea to one-count of "Mail Fraud," in violation of 18 U.S.C. 1341.

The offender violated the conditions of her Probation term and on November 30, 2004, the Court revoked her supervision term and sentenced her to two (2) months custody, after which she will be placed back on supervised release that will end on February 20, 2007. All previously imposed special conditions remained in effect. Further, the Court ordered that the offender receive drug treatment as directed by the Probation Department.

On September 27, 2005, the Court (based upon the recommendation of this Department) ordered the modification of the conditions of the offender's supervision term to establish a Restitution payment schedule of $150 per month effective September 2005.

The purpose of this Memorandum is to notify the Court that the offender failed to make Restitution payments in November and December 2005, or in January 2006, although she was gainful employed during those months, and is currently $450 in arrears. On February 6, 2006, the offender reported to the Probation Department and advised that she lost her job at Atlantic Time as the company went out of business. The offender was directed to make a Restitution payment as soon as possible, and, on February 13, 2006, she remitted a $150 payment. In light of the offender's current unemployment status and the $150 payment she made on February 13, 2006, we respectfully recommend that the Court take no action against her at this time. In the event that the offender fails to secure gainful employment within the next sixty (60) days, we will petition the Court to modify the conditions of her Supervised Release term to include the imposition of Community Service.

Your Honor may indicate the Court's decision on page two of this Memorandum.

Very truly yours,


Tony Garoppolo
Chief U.S. Probation Department

PREPARED BY: _____

Laura A. Tait
U.S. Probation Officer

APPROVED BY: _____

Lawrence M. Cavagnetto
Supervising U.S. Probation Officer

Dated: February 16, 2006

COURT ORDERS:

NO ACTION BE TAKEN     s/John Gleeson                          2/21/06
AT THIS TIME:          _____    _____
                       U.S. District Judge                     Date

OTHER COURT ACTION:    _____
                       U.S. District Judge                     Date

RECEIVED
2 0 2006
CHAMBERS OF JUDGE GLEESON

# U.S. PROBATION DEPT.
## EASTERN DISTRICT OF NEW YORK



# ROUTING SLIP

| | |
|---|---|
| **DATE:** | February 17,2006 |
| **TO:** | Honorable John Gleeson, U.S. District Judge<br>**Att:** Vivian Klein, Court Room Deputy |
| **FROM:** | Laura Tait<br>U.S. Probation Officer |
| **RE:** | Memo<br>Irene Pobukovsky |
| | |
| | |

The enclosed correspondence is being forwarded for signature by Your Honor. If possible, request that the Memo be filed with the Clerk's Office and return two certified copies for our file.

Thank you.

> Laura Tait
> U.S. Probation Officer
> 75 Clinton Street, Rm 405
> Brooklyn, NY 11201

COPY TO BE PLACED IN STATS UPON RETURN FROM COURT